# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 10−27801−RTL
                              Chapter: 7
                              Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John J Sullivan | Gail A Sullivan |
| 120 Nanticoke Ct | 120 Nanticoke Ct |
| Vincentown, NJ 08088 | Vincentown, NJ 08088 |

Social Security No.:
   xxx−xx−4544                                  xxx−xx−6787

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

     Andrea Dobin, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than November 4, 2010.

     In the event an objection is timely filed, a hearing will be held before the Honorable Raymond T. Lyons Jr. on

DATE:             November 15, 2010
TIME:             10:00 am
COURTROOM:   #8

     If no objection is filed with the Clerk and served upon the Trustee on or before November 4, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Real estate located at
120 Nanticoke Ct.
Vincentown, NJ
Valued at $221,200.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Chase
$122,939.00

PNC
$65,963.98

Sovereign
$197,921.52

The amount of equity claimed as exempt by the debtor is:
$0.00

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Andrea Dobin
Sterns & Weinroth
50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ 08608
(609) 392–2100

    or the trustee's attorney (if applicable) at:



Dated: October 18, 2010
JJW:

                                                      James J. Waldron
                                                    Clerk


# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: csilvest              Page 1 of 1                    Date Rcvd: Oct 18, 2010
Case: 10-27801                Form ID: 154                Total Noticed: 28
```

The following entities were noticed by first class mail on Oct 20, 2010.

```
db/jdb         +John J Sullivan,    Gail A Sullivan,    120 Nanticoke Ct,    Vincentown, NJ 08088-8981
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
510875631       American Express,    Suite 002,    Chicago, IL 60679-0002
510905543       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
510875632      +Bank of Amercia,    PO Box 15726,    Wilmington, DE 19886-5726
510875633      +Bank of America,    111 Westminster St.,    Providence, RI 02903-2320
510875634      +Capital One,    PO Box 85147,    Richmond, VA 23276-0001
510875635       Chase,    PO Box 15153,    Wilmington, DE 19886-5654
510875637       Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
510875638       Citibank,    PO Box 6531,    The Lakes, NV 88901-6531
510875640      +Eichenbaum, Kantrowitz, Leff & Gulko,    10 Forest Avenue,    PO Box 0914,    Paramus, NJ 07653-0914
510875641      +Goldman & Warshaw,    PO Box 2500,    Caldwell, NJ 07007-2500
510875642       JP Morgan Chase,    900 US Highway 9 North,    Suite 401,    Woodbridge, NJ 07095-1003
510875644       MBNA,    PO Box 15028,    Wilmington, DE 19886-5028
510875645       MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
510875643      +Mattleman, Weinroth & Miller,    401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
510875646      +Mullooly, Jeffrey, Rooney & Flynn LLP,    744 Broad Street-16Fl.,    Newark, NJ 07102-3802
510875648      +Nudleman, Nudleman & Ziering,    425 Eagle Rock Avenue,    DC-006303-07,    Roseland, NJ 07068-1717
510875649       PNC Bank,    PO Box 15137,    Wilmington, DE 19886-5137
510875651      +Romano & Romano,    573 Bloomfield Avenue,    Verona, NJ 07044-1818
510875653      +Washington Mutual,    PO Box 44090,    Jacksonville, FL 32231-4090
510875654       Zucker, Goldberg & Ackerman,    200 Sheffield Avenue, Suite 301,    PO Box 1024,
                 Mountainside, NJ 07092-0024
511169965       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
```

The following entities were noticed by electronic transmission on Oct 18, 2010.

```
511199867      +E-mail/Text: MTAYLOR@CEDARCRESTCAPITAL.COM                              Cedarcrest Fund, L.P.,
                 PO Box 830669,    Arsenal Station,    San Antonio, TX 78283-0669
510875639       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 19 2010 00:35:49      Discover Card,    PO Box 15192,
                 Wilmington, DE 19850-5192
510875647       E-mail/PDF: bankruptcy@ncfsi.com Oct 19 2010 00:30:23      New Century Financial Services, Inc.,
                 c/o Pressler and Pressler,    16 Wing Drive,    Cedar Knolls, NJ 07927
510935255       E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2010 00:31:03
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510875636*     Chase,    PO Box 15153,    Wilmington, DE 19886-5654
510875650*     PNC Bank,    PO Box 15137,    Wilmington, DE 19886-5137
510875652    ##+Sovereign Bank,    PO Box 4020,    Rocky Hill, CT 06067-4020
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2010**                              **Signature:**   _Joseph Speetjens_